THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL JUSI, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and MIDEA AMERICA CORP.,<br><br>       Defendants. | No. 2:24-cv-02067-JCC<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS MIDEA AMERICA CORP. AND AMEND CAPTION |

It is hereby AGREED to and STIPULATED by (1) Counsel for Plaintiff, (2) Counsel for Defendant Midea America Corp., and (3) Counsel for Defendant Costco Wholesale Corporation, that Defendant Midea America Corp., is DISMISSED from this matter with prejudice, without costs to any party.

The Parties further AGREE AND STIPULATE that the case caption shall be AMENDED to reflect Costco Wholesale Corporation as the sole Defendant, as follows:

/ /

/ /

/ /

STIPULATION AND [PROPOSED] ORDER TO DISMISS MIDEA AMERICA CORP. AND AMEND CAPTION: CASE No. 2:24-cv-02067-JCC - 1

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650

| | |
|---|---|
| GABRIEL JUSI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | No. 2:24-cv-02067-JCC |

Dated this 14th day of July, 2025.

JOHNSON BECKER PLLC

By: /s/ Adam J. Kress
Adam J. Kress, *admitted pro hac vice*
Anna R. Rick, *admitted pro hac vice*

DIAMOND MASSONG PLLC

By: /s/ Maria Sophia Diamond
Maria Sophia Diamond, WSBA #13472

*Attorneys for Plaintiff*

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Raphael Briones
Raphael Briones, *admitted pro hac vice*
CaroLea W. Casas, WSBA #54102

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER TO DISMISS MIDEA AMERICA CORP. AND AMEND CAPTION: CASE No. 2:24-cv-02067-JCC - 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650

**[PROPOSED] ORDER**

Based on the above stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant Midea America Corp., is DISMISSED from this matter with prejudice, without costs to any party; and

2. The case caption shall be AMENDED to reflect Costco Wholesale Corporation as the sole Defendant, as follows:

| | |
|---|---|
| GABRIEL JUSI, an individual, | No. 2:24-cv-02067-JCC |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Dated this 15th day of July, 2025.

*/s/ John C. Coughenour*

The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO DISMISS MIDEA AMERICA CORP. AND AMEND CAPTION: CASE No. 2:24-cv-02067-JCC - 3

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650